**Order entered February 25, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00244-CV**

**BRIDGET JEAN BROWN PARSON A/K/A BRIDGET BROWN PARSON A/K/A BRIDGET PARSON, Appellant**

**V.**

**DEUTSCHE BANK OCWEN LOAN SERVICING, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18302**

**ORDER**

By order dated October 22, 2020, we abated this appeal due to appellant's bankruptcy filing. Through another appeal pending in this Court, appellant has informed the Court that her bankruptcy proceeding has concluded. Accordingly, we **REINSTATE** this appeal.

By letter dated July 20, 2020, we questioned our jurisdiction over this appeal and instructed appellant to file, by August 6, 2020, a letter brief addressing our concern. A copy of this letter is enclosed with this order. As a courtesy, the Court

extends the deadline for appellant to file a letter brief to **March 17, 2021**. Appellee may file any response within ten days of appellant's letter brief. We caution appellant that failure to file a letter brief by March 17, 2021 may result in dismissal of the appeal without further notice.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE